UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DINO N. THEODORE           )<br>and ACCESS WITH SUCCESS, INC.,   )<br>            Plaintiffs      )<br>                   )<br>      v.          )<br>                   )<br>TMT SALEM PARK PLAZA, INC.,   )<br>            Defendant      ) | CASE NO.: 1:13-cv-162JD |

## PLAINTIFFS' MOTION TO RE-OPEN CASE

The plaintiffs, Dino N. Theodore and Access with Success, Inc., respectfully move the Court pursuant to Fed. R. Civ. P. 60 for relief from an order entered on May 8, 2013 terminating this civil case. For the reasons set forth in the accompanying memorandum of law and affidavit of counsel, the plaintiffs respectfully request that they will be relieved from the order as permitted by Fed. R. Civ. P. 60(b)(1) on grounds of mistake and inadvertence and that the case will be re-opened.

WHEREFORE the plaintiffs pray that their motion will be granted.

Respectfully submitted,
The Plaintiffs, DINO THEODORE, et al.,

By their Attorneys,

/s/Nicholas S. Guerrera
Nicholas S. Guerrera, NH Bar ID 6520
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978) 689-0800

Dated: May 9, 2013                    nguerrera@sgolawoffice.com

1